### 15044.   DUKE *v.* THE STATE.

LUKE, J.   The defendant's contention that he was convicted upon the uncorroborated evidence of an accomplice is without merit.   The testimony of the accomplice was corroborated by evidence which tended directly to connect the defendant with the commission of the offense. The defendant has had a legal trial, the verdict has been approved

by the trial court, and for no reason pointed out was it error to over-rule his motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 5, 1923.

Indictment for larceny of hog; from Spalding superior court—Judge Searcy. September 8, 1923.

*J. A. Darsey,* for plaintiff in error.

*E. M. Owen, solicitor-general,* contra.